```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 04 B 18409
   CLARA MARY ANN SCHROEDER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-2377


----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 05/11/2004 and was confirmed 07/15/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  21.84% from remaining funds.

     The case was paid in full 05/27/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
----------------------------------------------------------------------
WELLS FARGO BANK NA        CURRENT MORTG    46942.00             .00      46942.00
AT & T BANKRUPCTY          UNSECURED        NOT FILED            .00           .00
ROUNDUP FUNDING LLC        UNSECURED OTH    15589.08             .00       3405.12
ECAST SETTLEMENT CORP      UNSECURED         5009.32             .00       1094.24
ECAST SETTLEMENT CORP      UNSECURED         8132.74             .00       1776.52
CITY OF CHICAGO PARKING    UNSECURED          180.00             .00         39.32
DISCOVER FINANCIAL SERVI   UNSECURED         6104.98             .00       1333.57
ECAST SETTLEMENT CORP      UNSECURED         8560.42             .00       1869.94
ECAST SETTLEMENT CORP      UNSECURED         5486.36             .00       1198.44
RESURGENT ACQUISITION LL   UNSECURED         3315.02             .00        724.13
PETER FRANCIS GERACI       DEBTOR ATTY      2,700.00                      2,700.00
TOM VAUGHN                 TRUSTEE                                        3,716.72
DEBTOR REFUND              REFUND                                              .00

          Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE             64,800.00

PRIORITY                                         .00
SECURED                                    46,942.00
UNSECURED                                  11,441.28
ADMINISTRATIVE                              2,700.00
TRUSTEE COMPENSATION                        3,716.72
DEBTOR REFUND                                    .00
                    --------------        --------------
TOTALS              64,800.00              64,800.00



                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 18409 CLARA MARY ANN SCHROEDER
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 08/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE